IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | ) | |
| | ) | 2:12-cv-01458-GEB-JFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE AND |
| | ) | CONTINUING STATUS (PRETRIAL |
| JOHN DOES 1 through 11, | ) | SCHEDULING) CONFERENCE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The October 9, 2012 Minute Order continued the status conference to December 10, 2012, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. No status report was filed as ordered.

Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than December 10, 2012, why sanctions should not be imposed against it and/or its counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Plaintiff or its counsel is at fault, and whether a hearing is requested on the OSC.[1] If

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

1

1  a hearing is requested, it will be held on January 14, 2013, at 9:00
2  a.m., just prior to the status conference, which is rescheduled to that
3  date and time. A status report shall be filed no later than fourteen
4  (14) days prior to the status conference.
5       IT IS SO ORDERED.
6  Dated:  December 3, 2012

8  _____
   GARLAND E. BURRELL, JR.
9  Senior United States District Judge